20 A.3d 481

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Carolyn KING, Appellant.**

**No. 616 CAP.**

Supreme Court of Pennsylvania.

June 2, 2011.

### *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of June, 2011, the Application for Consolidation is **DENIED** and this protective cross-appeal, which has been rendered duplicative of the appeal at No. 614 CAP by the Commonwealth's withdrawal of its appeal at No. 615 CAP, is hereby **QUASHED.**